McGREGOR W. SCOTT
United States Attorney

G. PATRICK JENNINGS
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 683
Ben Franklin Station
Washington, D.C.  20044-0683
Telephone: (202) 307-6648
Facsimile: (202) 307-0054
Guy.P.Jennings@usdoj.gov

Attorneys for the United States of America

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br>v.<br><br>JAMES L. FRANKLIN,<br><br>    Defendant. | Civil No.   2:05-CV-2457-MCE-PAN<br><br>**(1)  STIPULATION FOR ENTRY OF JUDGMENT,**<br>**(2)  JUDGMENT IN A CIVIL CASE, and**<br>**(3)  ORDER** |

It is hereby stipulated and agreed by all parties that judgment may be entered as follows:

**JUDGMENT**

1.     James L. Franklin is indebted to the United States in the amount of $294,000.00, plus interest according to law from October 10, 2006, until the judgment is paid, for the unpaid balance of Trust Fund Recovery Penalties for the following:

(a) JL Construction Company for the calendar quarters ending March 31, 1991, June 30, 1991, and December 31, 1991;

(b) The Stratus Group for the calendar quarters ending June 30, 1992 and September 30, 1993;

(c)  Stratus Development, Inc. for the calendar quarters ending June 30, 1996, September 30, 1996, and December 31, 1996; and

///

    (d) Marina Group, LLC, for the calendar quarters ending December 31, 1997, March 31, 1998, June 30, 1998, September 30, 1998, December 31, 1998, and March 31, 1999.

    2.    No additional penalties will accrue or be assessed with respect to the periods and entities set forth above in paragraph 1.

    3.    A compromise of the payment of this money judgment is pending.  In the event that the settlement payment is not made within the agreed period, an Amended Judgment will be filed.

The parties request an order directing entry of the judgment set forth above in paragraphs 1 through 3.

                                                  McGREGOR W. SCOTT
                                                  United States Attorney

Dated:  October 18, 2006                /s/ G. Patrick Jennings
                                                  G. PATRICK JENNINGS
                                                  Trial Attorney, Tax Division
                                                  U.S. Department of Justice

Dated:  October 10, 2006                /s/ Bruce O'Brien (original retained by attorney G. Patrick Jennings)
                                                  BRUCE O'BRIEN
                                                  Higgs Fletcher & Mack LLP

                                                  Attorneys for James L. Franklin

Dated: October 9, 2006                    /s/ James L. Franklin (original retained by attorney G. Patrick Jennings)
                                                  JAMES L. FRANKLIN

**IT IS SO ORDERED**.

Dated: October 24, 2006

                                                  _____
                                                  MORRISON C. ENGLAND, JR
                                                  UNITED STATES DISTRICT JUDGE