IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,  |  |
|---|---|
| Plaintiff, | Case No.  2:05-CV-02457-MCE-PAN |
| v. | **ORDER CONTINUING HEARING DATE** |
| JAMES L. FRANKLIN, |  |
| Defendant. |  |

The parties jointly request a continuance of the hearing date on the pending motion to amend judgment (Doc. 14).  For good cause shown,

**IT IS ORDERED THAT** the hearing on the motion to amend the judgment is vacated on December 18, 2014, and is continued to 2 p.m. on January 22, 2015.

**IT IS SO ORDERED**.

Dated:  December 2, 2014

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT